UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-06168 |
| PATRICIA LORESCH, | ) | |
| and, | ) | Chapter: 13 |
| MICHAEL LORESCH, | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtors' Motion to Modify Plan is Granted.

2) The Debtors shall be allowed to retain the first $1,200.00, of their 2017 tax refund.

3) The Debtors shall be allowed to retain their 2017 refund of $20.00.

4) The Debtors' plan is modified to change the tax refund policy to the current version: Debtor(s) shall submit a copy of their tax return to the Trustee each year by April 20.  The debtors shall tender to the Trustee the amount of any tax refund in excess of $1,200.00 each year within 7 days of receipt of the tax refund.  Refunds must be received by the Trustee by April 20 of each year.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 22, 2018

**Prepared by:**

Michael R. Colter, II, A.R.D.C. 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100