# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-06168 |
| | ) | |
| Patricia Loresch, and | ) | Chapter 13 |
| Michael A. Loresch, Sr., | ) | |
| Debtors. | ) | Hon. Judge David D. Cleary |

## NOTICE OF MOTION

TO: See attached list

On February 1, 2021, at 9:00 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and Passcode:** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Movants: Patricia & Michael Loresch, Sr.
    By: Michael R. Colter, II
    David M. Siegel & Assoc., LLC
    790 Chaddick Drive
    Wheeling, IL 60090
    (847) 520-8100
    mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this notice and the attached motion on each entity shown on the list below at the address shown and by the method indicated on the list on January 22, 2021, at 5:00 p.m.

                                                       /s/ Michael R. Colter, II
                                                       Michael R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: clecall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

| | |
|---|---|
| Mr. and Mrs. Loresch<br>105 N. LaVergne<br>Northlake, IL 60164 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 |
| American Advisors Group<br>3900 Capital City Blvd.<br>Lansing, MI 48906 | Illinois Dept. of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 19035<br>Springfield, IL 62794 |
| Loyola University Medical Center<br>c/o Thomas F. Courtney & Associates<br>7000 W. 127th Street<br>Palos Heights, IL 60463 | |
| Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | |
| The Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680 | |
| Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | |
| CFAM Financial Services LLC<br>PO Box 601329<br>Dallas, TX 75360-1329 | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **17-06168** |
| | ) | |
| **Patricia Loresch, and** | ) | **Chapter 13** |
| **Michael A. Loresch, Sr.,** | ) | |
| **Debtors.** | ) | **Hon. Judge David D. Cleary** |

### DEBTORS' MOTION TO VACATE PAYROLL ORDER

NOW COME the Debtors, Patricia and Michael Loresch, Sr., by and through their attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2. On March 1, 2017, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 USC, and the plan was confirmed on May 22, 2017. Marilyn O. Marshall was appointed Trustee in this case.

3. On March 3, 2017, an Order to Employer to Pay the Trustee was entered for Michael Loresch, Sr., at document #11, requesting that his employer deduct the full amount of the proposed monthly plan payment each month and forward the payment to the Trustee.

4. The Debtors are now done with their payments to the trustee per the trustee's own information on the National Data Center website (Exhibit A).

5. The Debtors seek to have the payroll control order at document #11 vacated.

WHEREFORE, the Debtors, Patricia and Michael Loresch, Sr., pray that this Honorable Court enter an Order to vacate the prior payroll control order, and for other such relief as the Court deems fair and proper.

                                              Respectfully Submitted,

                                              /s/ Michael R. Colter, II
                                              Michael R. Colter, II, A.R.D.C. #6304675
                                              Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100