UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-06168 |
| Patricia Loresch, and | ) | |
| Michael A. Loresch, Sr., | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO VACATE PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order to Employer to Pay the Trustee, Document #11, is vacated.

2) Wal-Mart Associates, LLC, employer of Michael A. Loresch, Sr., shall immediately cease payroll deductions for monthly payments to the bankruptcy Trustee.

Enter:  *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 01, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com